IN THE SUPREME COURT OF THE STATE OF DELAWARE

DR. CEA G. MAI a/k/a KELLY E.S.     §
ALIAHMED f/k/a HERMIONE     § No. 234, 2021
KELLY I. WINTER,     §
    § Court Below—Superior Court
     Petitioner Below,     § of the State of Delaware
     Appellant,     §
    § C.A. No. S21M-05-003
     v.     §
    §
GOVERNOR CARNEY, et al.,     §
    §
     Respondents Below,     §
     Appellees.     §

Submitted: November 12, 2021
Decided: November 18, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

Upon consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1)    The petitioner below-appellant, Dr. Cea G. Mai a/k/a Kelly E.S. Aliahmed f/k/a Hermione Kelly I. Winter, filed this appeal from a Superior Court order denying her motion to proceed *in forma pauperis* and dismissing her petition for a writ of mandamus. Mai filed a motion to proceed *in forma pauperis* in this Court. The appellees opposed the motion, arguing that Mai made false representations in the motion, at least three actions that she previously filed were

dismissed as frivolous, and she is not in imminent danger of serious physical injury. On September 10, 2021, the Court denied Mai's motion to proceed *in forma pauperis*.

(2)    On September 15, 2021, the Senior Court Clerk advised Mai that a notice to show cause would issue if she did not pay the filing fee by September 30, 2021. Mai did not pay the filing fee. On October 11, 2021 and October 26, 2021, the Senior Court Clerk issued a notice directing Mai to show cause why this appeal should not be dismissed for her failure to pay the filing fee.[1]

(3)    In her response to the notice to show cause, Mai argues that if her appeal is dismissed she is unlikely to seek relief in federal court and would be affected personally. Other than her own conclusory statements, she does not offer anything to support these claims. Mai has not paid the filing fee. This appeal must therefore be dismissed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] The October 11, 2021 notice incorrectly stated that Mai had failed to file a motion to proceed *in forma pauperis*, and was reissued on October 26, 2021 without that statement.